# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ADAM K. MERSEREAU**
**MASTER-AT-ARMS THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400243**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 28 March 2014.
**Military Judge**: Col Michael Richardson, USMC.
**Convening Authority**: Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation**: LCDR D.E. Reike, JAGC, USN.
**For Appellant**: LCDR Dillon Ambrose, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**30 October 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court